

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 14, 2024

**BY ECF & E-MAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:**   *United States v. Turhan Jessamy*, 24 Cr. 061 (NSR)
         *United States v. Turhan Jessamy*, 24 Cr. 086 (NSR)

Dear Judge Román:

Please find enclosed a proposed protective order agreed to and signed by the parties, relating to discovery in the above-referenced cases. The parties respectfully request that the Court enter the proposed protective order in both cases.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Ben Arad
Assistant United States Attorney
Southern District of New York
(914) 993-1907

cc:   Elizabeth Quinn, Esq. (by ECF and Email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/15/2024

**Application GRANTED. Clerk of Court is requested to terminate the motions at 24cr61 ECF No. 6 and 24cr86 at ECF No. 3.**
**Dated: White Plains, NY**
       **March 15, 2024**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE