UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

USA

        24 Cr. 0061-01 (NSR)

    - against -

TURHAN JESSAMY,              ORDER ACCEPTING
                              PLEA ALLOCUTION

           Defendant.

-------------------------------------------------------- X

NELSON S. ROMÁN, U.S.D.J.:

     The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and Recommendation

of the Honorable Andrew E. Krause, United States Magistrate Judge, dated August 19, 2024, is

approved and accepted.

                            SO ORDERED.

                            _____

                            Hon. Nelson S. Román,
                            United States District Judge

Dated: White Plains, NY
       October 15, 2024



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/15/2024__