UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :

   - v -  :

TURHAN JESSAMY,  :

   Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/17/2024
```

**ORDER**

Nos: 24-cr-61 (NSR) &
24-cr-86 (NSR)

     IT IS HEREBY ORDERED THAT, pursuant to Title 18 United States Code §§ 4241(b), 4247(b) and 4247(c), that the defendant TURHAN JESSAMY be transferred from Essex County Jail to a suitable Bureau of Prisons facility that performs psychiatric or psychological examinations consistent with the provisions of § 4247(b) ("suitable BOP facility") for a period of thirty days for an examination to determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and for any necessary treatment; and it is further

     ORDERED, pursuant to Title 18 United States Code § 4247(b), that a qualified examiner (the "examiner") conduct a psychiatric or psychological examination at a suitable BOP facility; and it is further

     ORDERED, pursuant to Title 18 United States Code § 4247(b), that the examiner complete the examination of the defendant TURHAN JESSAMY within thirty (30) days of the defendant's arrival at the suitable BOP facility; and it is further

     ORDERED, pursuant to Title 18 United States Code § 4247(c), that within a reasonable time following the conclusion of this examination, the examiner file a psychiatric and psychological report with the Court with copies provided to defense counsel Elizabeth K. Quinn,

Esq., Federal Defenders Inc., 81 Main Street, Suite 300, White Plains, NY 10601 and Assistant United States Attorney Ben Arad, 50 Main Street; Suite 1100; White Plains, NY 10606; and it is further

ORDERED, that the Clerk of the Court serve a copy of this Order upon the United States Marshals Service for the Southern District of New York and the Bureau of Prisons; and finally

The Court recommends that the suitable BOP facility to which the defendant TURHAN JESSAMY is transferred be within the Eastern or Southern Districts of New York.

DATED: October 17, 2024        SO ORDERED.
       White Plains, New York

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK